| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000009393 | DATE 05/22/2026 |
|---|---|---|---|---|

| NAME DAVIS, Antonio | OFFICER Marie F. Serna | JUDGE Jonathan J.C. Grey | DOCKET # 23-CR-20007-01 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE 09/21/2023 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 17 | PHOTO |
|---|---|---|---|---|
| COMMENCED 04/25/2025 | REVOCATION DATE | | | |
| EXPIRATION 04/24/2028 | RECOMMENCED | | | |

| ASST. U.S. ATTORNEY Jeanine Brunson | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**<span style="color:red">WARRANT TO BE LODGED AS A DETAINER WITH THE WAYNE COUNTY JAIL</span>**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 33 months, to be followed by a three-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1.  You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
2.  You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

   Criminal Monetary Penalty: Special Assessment $100.00 (Paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." |

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 000009393 | DATE 05/22/2026 |
|---|---|---|---|---|

| NAME DAVIS, Antonio | OFFICER Marie F. Serna | JUDGE Jonathan J.C. Grey | DOCKET # 23-CR-20007-01 |
|---|---|---|---|

On March 30, 2026, Detroit Police Department (DPD) responded to a double non-fatal shooting incident that occurred in the parking lot of a business in Detroit, within the Eastern District of Michigan. During the shooting, the first victim (V1) was shot twice in the lower leg area and received serious, but non-fatal injuries. The second victim (V2) was shot once in the buttock area. DPD evidence techs responded to the scene and collected three 9mm spent shell casings from the area where the shooting occurred.

Upon reviewing the video footage from the shooting scene, the following information was obtained. At approximately 4:33 a.m. EST, a white Ford Bronco was parked in the lot. V1 stood outside the vehicle for a short period of time and then sat in the driver's side rear seat with the door left open. V2 was sitting in the driver's seat. At approximately 4:34 a.m., a black Toyota minivan entered the parking lot. The black Toyota minivan pulled up next to the Ford Bronco's driver side, near V1. A male, wearing a black sweatshirt, grey pants, and white shoes, later identified as DAVIS, got out of the black Toyota minivan. DAVIS was holding a firearm and appeared to attempt to rob V1. Seconds later, V2 started to drive off, with V1 sitting in the back passenger seat. DAVIS pointed a firearm in the direction of V1 and V2 and fired multiple shots. DAVIS then got back into the passenger side of the Toyota minivan and the minivan drove off.

Investigators reviewed license plate readers in the area and located the Toyota minivan nearby at approximately minutes after the shooting at 4:36 a.m. and obtained the license plate information. The minivan is a rental equipped with a GPS tracking device by the owner. Investigators obtained historical GPS location records for the minivan, which showed the minivan was in the vicinity of the shooting scene and at the time the shooting occurred. The GPS records also showed that the minivan stopped at a gas station in Detroit around 11:25 p.m. on March 29, 2026, about 5 hours before the shooting. Officers reviewed City of Detroit Project Green Light cameras from the gas station. The video showed the Toyota minivan pulling into the gas station at approximately 11:26 p.m., and DAVIS went inside. DAVIS is readily identifiable from the video inside the gas station. DAVIS got out of the front passenger seat of the minivan and was wearing the same clothing he wore during the shooting: a black sweatshirt, grey pants, and white shoes.

Investigators obtained video surveillance footage from a restaurant and bar adjacent to the parking lot where the shooting occurred. Video inside the restaurant showed DAVIS and the driver of the minivan inside the restaurant at approximately 4:14 a.m. on March 30, 2026, 20 minutes before the shooting. DAVIS wore the same clothing as noted at the above Mobile gas station video. The driver wore a dark colored jumpsuit with a red stripe across the chest and sleeves, dark color pants, and white shoes.

On April 24, 2026, detectives applied for and obtained a state search warrant for real-time and historical location data associated with DAVIS' cellular device. According to historical location records, DAVIS' cellular device was in the vicinity of the shooting scene at the approximate time the shooting occurred. Additionally, investigators compared side by side photos of DAVIS' clothing worn during the location of the shooting incident, DAVIS inside Checkmate Detroit, and DAVIS at the mobile gas station.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000009393 | **DATE** 05/22/2026 |
|---|---|---|---|---|
| **NAME** DAVIS, Antonio | **OFFICER** Marie F. Serna | **JUDGE** Jonathan J.C. Grey | | **DOCKET #** 23-CR-20007-01 |

|  | On May 13, 2026, Detroit Police executed state search warrants at residences associated with DAVIS. The black hooded sweatshirt that DAVIS is seen wearing in the pictures above was found at a residence DAVIS was recently seen at and has stayed overnight. DAVIS' cellular device was located at one of the residences DAVIS was located at. DAVIS was taken into custody by Detroit Police Department. |
|---|---|

On May 16, 2026, DAVIS appeared in 36th District Court Detroit on Docket # 2605718701 for Arraignment on the following charges: Count 1- Armed Robbery Causing Serious Injury, Count 2- Assault with Intent to Rob While Armed, Count 3- Assault with Intent to Murder, Count 4- Assault with Intent to Murder, Count 5- Assault with Intent to Cause Great Bodily Harm Less Than Murder, Count 6- Assault with Intent to Cause Great Bodily Harm Less Than Murder, Count 7- Carrying Concealed Weapon, Count 8- Possession of a Firearm by Prohibited Person, Count 9- Assault with a Dangerous Weapon (Felonious Assault), Count 10- Assault with a Dangerous Weapon (Felonious Assault), Count 11- 17 Weapons Felony Firearm.

DAVIS was granted a $250,000 bond (not posted). An Examination is scheduled for June 2, 2026.

| 2 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT." |
|---|---|

On April 13, 2026, DAVIS submitted a specimen which returned positive for oxycodone. Alere Toxicology Services confirmed the specimen was positive for the presence of oxymorphone. DAVIS originally indicated he had a prescription for the medication and was directed to provide it by April 24, 2026. He was unable to provide the prescription as directed. On April 30, 2026, DAVIS admitted he did not have a prescription for the medication and had obtained it on the street.

| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Marie Serna/slg/djl 313-234-5438 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina Wilkerson 313-234-5460 | **PROBATION ROUTING** Data Entry |

| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>000009393 | DATE<br>05/22/2026 |
|---|---|---|---|---|
| NAME<br>DAVIS, Antonio | OFFICER<br>Marie F. Serna | JUDGE<br>Jonathan J.C. Grey | | DOCKET #<br>23-CR-20007-01 |

**THE COURT ORDERS:**

[ **X** ]   The issuance of a warrant to be lodged as a detainer with the Wayne County Jail

[  ]   Other


s/JONATHAN J.C. GREY
_____
United States District Judge

5/27/2026
_____
Date